# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0789
LT Case No. 2022-102185-CFDL

_____

CARMELO CRUZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Carmelo Cruz, Bowling Green, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marissa
V. Giles, Assistant Attorney General, Daytona Beach, for
Appellee.


April 16, 2026


PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____